# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ ___1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Trinidad Duran          JOINT DEBTOR:                    CASE NO.: 14-23693-LMI
Last Four Digits of SS# 2479    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.    $ 1,694.87 for months 1 to 60; in order to pay the following creditors:

Administrative:        Attorney's Fee - $ 3650.00  TOTAL PAID $ 2000.00
                       Balance Due      $ 1650.00  payable $ 82.50/month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Specialized Loan Servicing, LLC         Arrearage on Petition Date  $ 10,505.22
   Address: POB 636007                     Arrears Payment $ 175.09/month  (Months 1 to 60)
   Littleton, Colorado 80163               Regular Payment $ 1,261.38/month (Months 1 to 60)
   Account No: XXXX2942

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of | Interest | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | NONE |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE

Unsecured Creditors: Pay $ 6.41 month (Months 1 to 20) and Pay $ 88.91 month (Months 21 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Memorial Plan Dade Memorial Park and Lago Grande Six condominium association and will continue to pay said creditors outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for the Debtor                    Joint Debtor
Date: 9/8/2014                             Date: _____

LF-31 (rev. 01/08/10)