UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Trinidad A Duran                                              Case No. 14-23693-LMI
       Debtor.                                                              Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On June 13, 2014 the instant case was filed.

2. On October 8, 2014 debtor's First Amended Chapter 13 plan confirmed.

3. Debtor's confirmed plan cures and maintains her homestead property with Creditor CSMC (Serviced with Specialized Loan Servicing).

4. On or about April 21, 2016, the Creditor filed a Notice of Mortgage Payment Change effective in June 2016 notifying that the interest-only period on the loan was expiring.

5. The Debtor wishes to modify her Chapter 13 plan in order to provide for the full regular payment to the Creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor(s)
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
By:/s/ Robert Sanchez_____
   Robert Sanchez, Esq., FBN#0442161