**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ _____1st_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Trinidad Duran          JOINT DEBTOR: _____          CASE NO.: 14-23693-LMI
Last Four Digits of SS# 2479          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,694.87  for months  1  to  24 ; in order to pay the following creditors:
    B.    $ 2,017.75  for months  25  to  60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650.00 + $525 Motion to Modify = $4,175
                       TOTAL PAID $ 2000.00
                       Balance Due    $ 2,175.00         payable $ 68.75/month (Months  1 to  24)
                                                         payable $ 65.63/month (Months  25 to  32)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Specialized Loan Servicing, LLC         Arrearage on Petition Date  $ 10,505.22
  Address: POB 636007                       Arrears Payment  $ 183.70/month  (Months 1to  24)
  Littleton, Colorado 80163               Arrears Payment  $ 169.35/month  (Months 25to  60)
  Account No: XXXX2942                   Regular Payment $ 1,323.41/month (Months   1  to  24 )
                                                  Regular Payment $ 1,578.09/month (Months   25  to   60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of | Interest | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | NONE |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE

Unsecured Creditors: Pay $ 72.61 month (Months 1 to 24); Pay $ 2.90 month (Months 25 to 32) ; and Pay $  68.53  month  (Months 33 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Memorial Plan Dade Memorial Park and Lago Grande Six condominium association and will continue to pay said creditors outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.                               _____
Attorney for the Debtor                                      Joint Debtor
Date: 6/28/2016                                              Date:_____

LF-31 (rev. 01/08/10)